UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALAN FREDERICK MATHIS,

      Defendant.
_____/

Case No.  2:04:CR:40

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court having read the Report and Recommendation of Magistrate Judge Greeley dated August 9, 2006, and filed August 16, 2006, the Report and Recommendation having been approved as to form and content by the United States and by defendant, and ten days having passed with no objections to the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, docket number 37, is hereby adopted as findings and orders of this Court.

Dated:  August 29, 2006

          /s/ Gordon J. Quist
          GORDON J. QUIST
          UNITED STATES DISTRICT JUDGE